## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LARRY GENE CURTIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-06098-CV-SJ-DGK |
| | ) | |
| CO I BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are several filings from Plaintiff requesting subpoenas be issued for trial compelling the appearance of certain witnesses (docs. 66 - 70). The Court would like to review additional information from the parties before it issues any subpoenas. For each witness Plaintiff would like for the Court to issue a subpoena, Plaintiff should summarize the anticipated testimony of the witness and explain how this testimony is relevant to a material fact in dispute. Plaintiff shall file this information on or before July 21, 2011.

Defendant will then have fourteen (14) days to respond. Defendant shall include in his response any witness they will make available for trial, eliminating the need for a subpoena to be issued.

    /s/ Greg Kays  
    GREG KAYS, JUDGE  
    UNITED STATES DISTRICT COURT

DATED: July 1, 2011